# EXHIBIT A

| John Doe | Store name | Merchant ID |
|---|---|---|
| 57 | Dancer's world shop | 5593bd7d139525402fdcdb35 |
| 64 | yangkang | 584814e0cbf36d4cc8b563aa |
| 65 | efdcv | 584d01d30d446320566fa815 |
| 67 | shipinwangguo | 58aa778b2fddb950efc4f914 |
| 78 | ruilihuating | 592e31dfff105e1ddb36f7d1 |
| 81 | zhangjinhua | 5964ca7f905fdb34f348edf6 |
| 86 | 86027585 | 59979d0535e73b7bb34ec50d |
| 91 | aiquanstore | 5ab0d4e6417cee4a85790fa7 |
| 99 | huslkongqi | 5a5dee7fccd9fc29036256b0 |
| 102 | chenyuxin90963 | 5ab534a740626a34056f04aa |