UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SONS OF ARTHRITIS, LLC, | § § § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:18-cv-03834 |
| v. | § § | |
| JOHN DOES 1-130, | § § | JURY TRIAL DEMANDED |
| Defendant. | § § § | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
PURSUANT TO F.R.C.P. 41(a)1)(A)(i)**

Plaintiff SONS OF ARTHRITIS, LLC hereby dismisses all claims against the following John Doe Defendants listed on Exhibit "A" pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i), and subject to the Court, that all claims in this action be, and hereby are dismissed WITHOUT PREJUDICE, and with all attorneys' fees, costs of court and expenses borne by the party that incurred them.

Dated: February 4, 2019

Respectfully submitted,

*/s/ Todd Y. Brandt*
Todd Y. Brandt
State Bar No. 24027051
BRANDT LAW FIRM
222 N. Fredonia Street
Longview, Texas 75606
Telephone: (903) 212-3130
Facsimile: (903) 753-6761
tbrandt@thebrandtlawfirm.com

*Attorneys for Plaintiff
Sons of Arthritis, LLC*

1

## CERTIFICATE OF SERVICE

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 4th day of February, 2019, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                  /s/ Todd Y. Brandt
                                  Todd Y. Brandt