# EXHIBIT A

| Defendant / Doe No. | Store Name / Seller Name | Merchant Id / Seller ID |
|---|---|---|
| 1 | Custom Tee Shirt | 1161921 |
| 2 | Radiance SS Store | 2389058 |
| 3 | Cheap Shirt Store | 2955094 |
| 4 | gengshirt Store | 3216155 |
| 5 | Ali-Ya Store | 3244071 |
| 6 | FlatEarth Sexy Store | 3626117 |
| 7 | harajukus Store | 3683002 |
| 8 | amy tshirt Store | 3684075 |
| 9 | DNA Skull Store | 3851034 |
| 10 | linkteelink Store | 3900034 |
| 11 | Shop4037104 Store | 4037104 |
| 12 | Shop4240001 Store | 4240001 |
| 13 | Brown Store | 4382095 |
| 14 | confidence Store | 4388029 |
| 15 | fanyu6541 Store | 4397064 |
| 16 | Shop4401081 Store | 4401081 |
| 17 | Shop4402058 Store | 4402058 |
| 18 | wanqiu Store | 4404058 |
| 19 | Crazyworld Store | 4404101 |
| 20 | mumu yoo Store | 4406011 |
| 21 | future-knights Store | 4406072 |
| 22 | tuoxie Store | 4416086 |
| 23 | huanggu Store | 4416102 |
| 24 | Shop4416208 Store | 4416208 |
| 25 | cuper happy1 Store | 4417013 |
| 26 | mumu o Store | 4420003 |
| 27 | xiaoxiaomu Store | 4420044 |
| 28 | SanLe-MIMItops Store | 4422015 |
| 29 | dazha o Store | 4430002 |
| 30 | Shop4431215 Store | 4431215 |
| 31 | Zi Yi Store | 4432060 |
| 32 | chencc Store | 4432074 |
| 33 | luli123 Store | 4434059 |
| 34 | 888Tees Store | 4434167 |
| 35 | Shuang Store | 4435006 |
| 46 | jinhui fashion trade | 53f7074a1c105e2e09c92094 |
| 47 | yiwu xiaoyin fashion trade | 53fee7f2104dae0864e6f194 |
| 48 | luqianlai fashion | 540b21977a9eb43980921661 |
| 49 | qiuyu fashion | 540c31397f086e6cc0c6522c |

# EXHIBIT A

| Defendant / Doe No. | Store Name / Seller Name | Merchant Id / Seller ID |
|---|---|---|
| 50 | zhenen fashion | 540d092a7a9eb43977922a8e |
| 51 | jiangkeyu fashion | 54152033f8abc87983772dfa |
| 52 | lijunying fashion | 5416a9d482b9ac45de73e88d |
| 53 | xuchengguo fashion | 541ce6407541ce355268ffb6 |
| 54 | qijujjh shopping | 541e2aa382b9ac03b043a270 |
| 55 | Vienna tide shops | 55346dc2b6633f0c05ea398b |
| 56 | shao-polo | 5566e719644c2819bc063939 |
| 58 | hhtc store | 56eb7d6aebdaac6b40e3539c |
| 59 | vincent2 | 57d56f27241d454a26169f21 |
| 60 | Good friend trade | 57d753a3d36a2a095724d360 |
| 61 | tengwangge | 57fa66ca23358f21cb7a13bd |
| 62 | yqiktore | 581ebc7ac96e4b1b88a23ea4 |
| 63 | southfeather | 5821425b4199ad758cf84ebe |
| 66 | Mai Duo Duo | 58984338c743f7594a05587a |
| 68 | anhuiheyicoltd | 58abab223fcda550e562759a |
| 69 | kang668 | 58bec8913804584849276625 |
| 70 | The fashion show uprising | 58c4bae2ffcbce5101860c01 |
| 71 | Fashionable feeling | 58c65e3dfdf42551001c2f49 |
| 72 | Skyroof | 58c8ab3091743e5075f206f3 |
| 73 | sjqqfashion | 58cfb43119bf8b506f30fa81 |
| 74 | yiyingbangong | 58d906bc0f8a5852b3234136 |
| 75 | dream15 | 58f2043e8a60c32056305d4e |
| 76 | linlin135 | 58fafc2feb16272bfc7725a8 |
| 77 | tagirl | 591db9121d7eca4b5856b73d |
| 79 | chenxuexia | 592e59514e43b36cb5bbfc20 |
| 80 | Yorfans | 594346948635f016ef76df67 |
| 82 | wenwennvxie | 596f1ad7c250815bfdeffc2b |
| 83 | popfashionshop | 5975d27fb771735f68775d46 |
| 84 | nanshannanbian | 597ed8d3ae228e7227abd53c |
| 85 | pingzhifalmily | 598083968ee78d07c44d1aaf |
| 87 | xierujun | 59ae41cc8696be3a45ab4dbc |
| 88 | ds402977373 | 59aec736eea5c55e8623fb88 |
| 89 | zengjiezj | 59df31d7dd032915ff639a7b |
| 90 | jiechuliu | 5a22d6ce3eb22a4b578e957d |
| 92 | Hepix | 5a67fb69ddda8c3a5a62c198 |
| 93 | zhanghua567 | 5a9697d1856edf1b07d45577 |
| 94 | zhangjinxiu | 5a9d0e30c3911a22e15df7c0 |
| 96 | wangyunping | 5aa64da5b125ab3b32cd8454 |

# EXHIBIT A

| Defendant / Doe No. | Store Name / Seller Name | Merchant Id / Seller ID |
|---|---|---|
| 97 | sjyhdsxc | 5aab6399aac71f7d93bdf5e0 |
| 98 | litingting55 | 5aaf8061c1d5181e1aeb5d6f |
| 100 | dabrytao | 5ab11c6247a0e75d62e24508 |
| 101 | linshan90807 | 5ab26e6a9c15ff16d9558e86 |
| 103 | Neartimes | 5ab9c1e475599a19e420c26b |
| 104 | lxfhahah | 5abe699f9722330d2ee8ef2d |
| 105 | huangningjiewangdian | 5ac1ece9a71fbf36a859e0f3 |
| 106 | RoseClothesCo | 5ac4c8acc2c8925bbeef9d22 |
| 107 | suiyuejingran | 5ac592101b98df4f227f2aa3 |
| 108 | wangling119 | 5ac61144856edf6dcd038363 |
| 109 | shishuangyan | 5acc5b589bda4e2ceda9aee9 |
| 110 | juan juan world | 5acc87a575599a4d5d14017a |
| 111 | ZHANGDEQI5 | 5acd8d23184354713ea2aef1 |
| 112 | sdawmeet | 5ad00d1c7c276862c9592210 |
| 113 | litianpen | 5ad027da5ebcfd6d2fbc96e4 |
| 114 | pwbnghsqqm | 5ad14bc26be87374bf5ad1f6 |
| 115 | shanwei66 | 5ad165155ebcfd26899ed8ae |
| 116 | huanjie | 5ad1868cc3911a095cdd2f92 |
| 117 | huanyuqi | 5ad1a495cd968d4ef6097940 |
| 118 | cuishaolian | 5ad1b678ea87643121f718e1 |
| 119 | dawoonga | 5ad2e21947a0e75be5f2769a |
| 120 | aonesuperfashion | 5ad55b06856edf48572694f3 |
| 121 | zhujingjing888 | 5ae3f1062c49567a8bed8e5c |
| 122 | charihong | 5ae58b581baafe1e1931a445 |
| 123 | caodingyuan | 5ae696bfb722cf53a49f450a |
| 124 | guowenyan | 5aebeaae3b527c679f37c4de |
| 125 | gengduoFA1xin | 5afa94f2a974421e0155ec39 |
| 126 | woaiwoxiu | 5b00dbaff853f426b74740d2 |
| 127 | MOONyichu | 5b078caa223c402272dd0e21 |
| 128 | jinxiangmeilihuazhuangpin | 5b124eb27752c85b05836c58 |
| 129 | MVKOFQ women's clothes shop | 5b39bc138584ad2b132bac7d |
| 130 | dnwihid3hedf | 5b3cb1998d2c712f140dfcc9 |